This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Cory Cutshall v. Keith Rockwell, Dave Kuker Trucking LLC

| | |
|---|---|
| Case Number | 10D06-2209-CT-000149 |
| Court | Clark Superior Court 6 |
| Type | CT - Civil Tort |
| Filed | 09/29/2022 |
| Status | 09/29/2022 , Pending  (active) |

## Parties to the Case

**Defendant**   Rockwell, Keith

<u>Address</u>
910 Minnesota Street
Satsuma, FL 32189

<u>Attorney</u>
Christopher R Whitten
*#2042949, Lead, Retained*

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
317-362-0225(W)

<u>Attorney</u>
James Lee Culp
*#2632649, Retained*

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
317-362-0225(W)

**Defendant**   Dave Kuker Trucking LLC

Address
David J. Kuker
106 27th Street
Spirit Lake, IA 51360

Attorney
Christopher R Whitten
*#2042949, Lead, Retained*

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
317-362-0225(W)

Attorney
James Lee Culp
*#2632649, Retained*

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
317-362-0225(W)

---

Plaintiff   Cutshall, Cory

Attorney
John Lewis Smith
*#2692131, Retained*

Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
812-850-6850(W)

## Chronological Case Summary

| 09/29/2022 | **Case Opened as a New Filing** |
|---|---|

| 09/29/2022 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint and Demand for Jury Trial

| Filed By: | Cutshall, Cory |
|---|---|
| File Stamp: | 09/29/2022 |

| 09/29/2022 | **Appearance Filed** |
|---|---|

Appearance -John L. Smith

| For Party: | Cutshall, Cory |
|---|---|
| File Stamp: | 09/29/2022 |

| 09/29/2022 | **Subpoena/Summons Filed** |
|---|---|

Summons -Keith Rockwell

| Filed By: | Cutshall, Cory |
|---|---|
| File Stamp: | 09/29/2022 |

| 09/29/2022 | **Subpoena/Summons Filed** | |
| --- | --- | --- |
| | Summons -David J. Kuker | |
| | Filed By: | Cutshall, Cory |
| | File Stamp: | 09/29/2022 |

| 09/29/2022 | **Jury Trial Demand Filed** | |
| --- | --- | --- |
| | Filed By: | Smith, John Lewis |
| | File Stamp: | 09/29/2022 |

| 10/25/2022 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance -Christopher R. Whitten and James L. Culp | |
| | For Party: | Rockwell, Keith |
| | For Party: | Dave Kuker Trucking LLC |
| | File Stamp: | 10/25/2022 |

| 10/25/2022 | **Motion for Enlargement of Time Filed** | |
| --- | --- | --- |
| | Motion for Enlargement of Time | |
| | Filed By: | Rockwell, Keith |
| | Filed By: | Dave Kuker Trucking LLC |
| | File Stamp: | 10/25/2022 |

| 10/25/2022 | **Order Granting Motion for Enlargement of Time** | |
| --- | --- | --- |
| | ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME entered. Motion granted; time enlarged to 12/19/2022. | |
| | Judicial Officer: | Williams, Kyle P. |
| | Movant: | Rockwell, Keith |
| | Movant: | Dave Kuker Trucking LLC |
| | Order Signed: | 10/25/2022 |

| 10/26/2022 | **Automated ENotice Issued to Parties** |
| --- | --- |
| | Order Granting Motion for Enlargement of Time ---- 10/25/2022 : Christopher R Whitten;James Lee Culp;John Lewis Smith |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Cutshall, Cory
Plaintiff

**Balance Due** (as of 10/27/2022)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 09/29/2022 | Transaction Assessment | 157.00 |
| 09/29/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

IN THE CIRCUIT COURT OF CLARK COUNTY
STATE OF INDIANA

CORY CUTSHALL

    Plaintiff

v.   CASE NO. _____

KEITH ROCKWELL

and

DAVE KUKER TRUCKING LLC

    Defendants

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Comes the Plaintiff, Cory Cutshall, by and through counsel, John L. Smith, and for his cause of action against the Defendants Keith Rockwell and Dave Kuker Trucking LLC hereby states as follows:

1. At all relevant times, the Plaintiff was a resident of Scott County, State of Indiana.

2. At all relevant times, the Defendant, Keith Rockwell, was a resident of Satsuma, State of Florida, and acting within the course and scope of his employment with Defendant, Dave Kuker Trucking LLC

3. At all relevant times, the Defendant, Dave Kuker Trucking LLC, was a corporation authorized to do business and is doing business in Clark County, State of Indiana and employed Defendant Keith Rockwell.

4. The events described herein occurred in Clark County, State of Indiana, and this Court has proper venue in this action.

## COUNT I

5. On or about August 27, 2022, the Defendant, Keith Rockwell, was negligent in the operation, maintenance, and control of a 2020 Peterbilt 567 when he struck the motorcycle the Plaintiff was riding.

6. Cory Cutshall was traveling West on Memphis Bluelick Road in Memphis, Clark County, Indiana when the Defendant Keith Rockwell, failed to keep a proper lookout and failed to properly control his vehicle, when he attempted to turn in front of Cory Cutshall's motorcycle and hit him head on.

7. As a direct and proximate result of the negligent acts and conduct of Defendant, Keith Rockwell, Plaintiff has sustained serious bodily injury; all damages in excess of the minimal amount necessary to confer jurisdiction upon this Court.

8. The negligence of Defendant, Keith Rockwell, in the use of a motor vehicle and/or his acts and/or omissions being otherwise negligent are the direct and proximate cause of all the damages suffered by the Plaintiff or are a substantial cause in causing same.

## COUNT II

9. On or about the aforementioned date, the Defendant, Dave Kuker Trucking LLC was the owner of the vehicle driven by Defendant Rockwell that was involved in the subject collision.

10. At all times relevant, Defendant Rockwell was employed by, and acting within the scope of his employment as an employee for Defendant Dave Kuker Trucking

LLC or one of its agents, subsidiaries, distributorships, or owned businesses or companies, or corporations, and thereby causing the aforementioned Defendant Dave Kuker Trucking LLC to be either directly or vicariously liable for the injuries caused to Plaintiff.

11. As a direct and proximate result of the acts and conduct of Defendant, Dave Kuker Trucking LLC, Plaintiff has sustained serious bodily injury; all damages in excess of the minimal amount necessary to confer jurisdiction upon this Court.

12. The negligence of Defendant Dave Kuker Trucking LLC or one of its employees acting within the scope of their employment, agents, subsidiaries, owned business, companies, or corporations in their driving operations and/or their acts and/or omissions being otherwise negligent are the direct and proximate cause of all damages suffered by Plaintiff or are a substantial cause in causing the same.

**WHEREFORE**, Plaintiff, Cory Cutshall, demands relief against Defendants Keith Rockwell and Dave Kuker Trucking LLC as follows:

1. Judgment against the Defendants for compensatory damages in an amount in excess of the amount necessary to invoke the jurisdiction of this court and reasonably calculated to compensate Plaintiff for his damages, to include the following:

    a. Past and future medical expenses;

    b. Past and future physical and mental pain and suffering, to include inconvenience;

2. Costs herein expended;

3. **Trial by jury**;

4. Any and all interest to which the Plaintiff may be adjudicated to be entitled to from the date of filing this action; until paid; and

5. Any and all other appropriate relief to which the Plaintiff may appear to be justly entitled.

    Respectfully submitted,

    */s/ John L. Smith*

    _____
    John L. Smith    #26921-31
    Morgan & Morgan
    426 Bank Street Suite 300
    New Albany, IN 47150
    812.850.6850 (t)
    812.941.4026 (f)
    *Counsel for Plaintiff*

Comes now the Plaintiff, Cory Cutshall, and demands a trial by jury on all issues so triable.

    */s/ John L. Smith*

    _____
    John L. Smith    #26921-31

Case 4:22-cv-00138-SEB-DML   Document 1-1   Filed 09/28/22   Page 9 of 19 PageID #: 12

10D06-2209-CT-000149
Clark Superior Court 6

Filed: 9/29/2022 2:34 PM
Clerk
Clark County, Indiana

IN THE CIRCUIT COURT OF CLARK COUNTY
STATE OF INDIANA

CORY CUTSHALL

    Plaintiff

v.                                     CASE NO. _____

KEITH ROCKWELL

and

DAVE KUKER TRUCKING LLC

    Defendants

APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating <u>X</u>     Responding \_\_\_\_     Intervening \_\_\_\_\_; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party <u>Cory Cutshall, Plaintiff</u>

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   _____
   _____

   Telephone # of party _____

   FAX: _____

   Email Address: _____

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>John L. Smith</u>  Atty Number: <u>#26921-31</u>

    Address: <u>Morgan & Morgan, 426 Bank Street Suite 300, New Albany, IN 47150</u>

    Phone: <u>(812) 850-6850</u>

    FAX: <u>(812) 941-4026</u>

    Email Address: <u>johnsmith@forthepeople.com</u>

    *(List on continuation page additional attorneys appearing for above party)*

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:

   FAX at the above noted number:  Yes \_\_\_\_ No <u>X</u>

   Email at the above noted number:  Yes \_\_\_\_ No <u>X</u>

5. *This case involves child support issues. Yes \_\_\_\_ No <u>X</u>  (If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes \_\_\_\_ No <u>X</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

   _____  Attorney's address

   _____  The Attorney General Confidentiality program address

   (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

   _____  Another address (provide)

   _____

7. This case involves a petition for involuntary commitment.  Yes \_\_\_\_ No <u>X</u>

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
   _____

   b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:
       (i) Date of Birth _____
       (ii) Driver's License Number _____
          State where issued _____ Expiration date _____
       (iii) State ID number _____
          State where issued _____ Expiration date _____
       (iv) FBI number _____
       (v) Indiana Department of Corrections Number _____
       (vi) Social Security Number is available and is being provided in an attached confidential document Yes \_\_\_\_ No \_\_\_\_

9. There are related cases: Yes \_\_\_\_ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule:

_____

11. There are other party members: Yes \_\_\_\_ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes\_\_\_ No X

                              *s/ John L. Smith*
                              John L. Smith 26921-31
                              Morgan & Morgan
                              426 Bank Street Suite 300
                              New Albany, IN 47150
                              812-850-6850 (t)
                              812-941-4026 (f)
                              johnsmith@forthepeople.com
                              *Counsel for Plaintiff*

Case 4:22-cv-00138-SEB-DML   Document 1-1   Filed 10/28/22   Page 12 of 19 PageID #: 15

10D06-2209-CT-000142
Clark Superior Court 6

Filed: 9/29/2022 2:34 PM
Clerk
Clark County, Indiana

IN THE CIRCUIT COURT OF CLARK COUNTY
STATE OF INDIANA

CORY CUTSHALL

    Plaintiff

CASE NO. _____

v.

KEITH ROCKWELL

and

DAVE KUKER TRUCKING LLC

    Defendants

**SUMMONS**

THE STATE OF INDIANA TO:   David J. Kuker
106 27th Street
Spirit Lake, IA 51360

You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: __9/29/2022__, 2022

_____Susan Popp_____
CLERK, CLARK CIRCUIT COURT



IN THE CIRCUIT COURT OF CLARK COUNTY
STATE OF INDIANA

CORY CUTSHALL

    Plaintiff

v.

CASE NO. _____

KEITH ROCKWELL

and

DAVE KUKER TRUCKING LLC

    Defendants

**SUMMONS**

THE STATE OF INDIANA TO:    Keith Rockwell
910 Minnesota Street
Satsuma, FL 32189

You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: __9/29/2022__, 2022

_____
CLERK, CLARK CIRCUIT COURT



| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK SUPERIOR COURT 6 |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. 10D06-2209-CT-000149 |

CORY CUTSHALL,    )
         Plaintiff,    )
   v.    )
KEITH ROCKWELL and    )
DAVE KUKER TRUCKING LLC    )
         Defendants.    )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:    **Defendants**

    1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

**Keith Rockwell and Dave Kuker Trucking LLC**

    2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

> Christopher R. Whitten, Attorney No. 20429-49
> James L. Culp, Attorney No. 26326-49
> WHITTEN LAW OFFICE LLC
> 6801 Gray Road, Suite H
> Indianapolis, IN 46237
> (317) 362-0225 Telephone
> (317) 362-0151 Facsimile
> cwhitten@indycounsel.com
> jculp@indycounsel.com

    3.    There are other party members:  No.

    4.    If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  N/A.

    5.    I will accept service by FAX at the above noted number:  No.

6. This case involves support issues. No. (If yes, supply social security number for all family members).

7. There are related cases: No.

8. This form has been served on all other parties. Certificate of Service is attached: Yes.

9. Additional information required by local rule: N/A.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

_____
Christopher R. Whitten/#20429-49

_____
James L. Culp/#26326-49
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing has been served upon the following by electronic mail on the 25th day of October 2022.

John L. Smith, Esq.
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN 47150
johnsmith@forthepeople.com
*Counsel for Plaintiff*

_____
James L. Culp

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151
cwhitten@indycounsel.com
jculp@indycounsel.com

Filed: 10/25/2022 11:40 AM
Clerk
Clark County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK SUPERIOR COURT 6 |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. 10D06-2209-CT-000149 |

| | |
|---|---|
| CORY CUTSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEITH ROCKWELL and | ) |
| DAVE KUKER TRUCKING LLC | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

Defendants, Keith Rockwell and Dave Kuker Trucking, LLC, by counsel, respectfully request the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Cory Cutshall, and in support thereof, state as follows:

1. On or about October 25, 2022, Defendant Keith Rockwell was served with a copy of the Summons and Complaint.

2. On or about October 25, 2022, Defendant Dave Kuker Trucking, LLC was served with a copy of the Summons and Complaint.

3. The time for Defendants to respond to Plaintiff's Complaint has not yet expired.

4. Counsel for Defendants requires additional time to confer with his clients and to prepare an appropriate response to the Complaint.

5. No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, Keith Rockwell and Dave Kuker Trucking LLC by counsel, respectfully request the Court for an enlargement of time of 30 days

up to and including December 19, 2022, in which to respond to the Complaint and for all other just and proper relief.

          Respectfully submitted,

          WHITTEN LAW OFFICE LLC

          Christopher R. Whitten/#20429-49
          James L. Culp/#26326-49
          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon the following by electronic mail on the 25th day of October 2022.

    John L. Smith, Esq.
    MORGAN & MORGAN
    426 Bank Street, Suite 300
    New Albany, IN 47150
    johnsmith@forthepeople.com
    *Counsel for Plaintiff*

          James L. Culp

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151
cwhitten@indycounsel.com
jculp@indycounsel.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK SUPERIOR COURT 6 |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. 10D06-2209-CT-000149 |

| | |
|---|---|
| CORY CUTSHALL, | ) |
| Plaintiff, | ) |
| v. | ) |
| KEITH ROCKWELL and | ) |
| DAVE KUKER TRUCKING LLC | ) |
| Defendants. | ) |

## ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendants' Motion for Enlargement of Time to Answer Complaint. The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendants Keith Rockwell and Dave Kuker Trucking LLC, shall have up to and including December 19, 2022, in which to respond to Plaintiff's Complaint.

So ORDERED 10/25/2022

_____
Judge, Clark Superior Court 6

Copies to:

John L. Smith, Esq.
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN 47150

Christopher R. Whitten, Esq.
James L. Culp, Esq.
WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237